*3*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § | |
| | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION |
| VS. | § | NO. B-02-033 |
| | § | |
| | § | |
| NATIONAL CASUALTY COMPANY | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Armando R. Villalobos; Defendant is National Casualty Company.

2. On January 10, 2002, Plaintiff sued Defendant in State District Court in Cameron County, Texas.

3. Defendant has been served with process and has filed an answer and on or about February 19, 2002, filed an action to remove this cause.

4. This case is not a class action.

5. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is without prejudice.

Respectfully submitted,

Henley & Henley, P.C.

Geoff J. Henley
State Bar No. 00798253
2205 N. Henderson Avenue
Dallas, Texas 75206-6002
214/821-0222 (Telephone)
214/821-0124 (Facsimile)

ATTORNEYS FOR PLAINTIFF
ARMANDO R. VILLALOBOS