IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-033 |
| NATIONAL CASUALTY COMPANY | § § § | |

United States District Court
Southern District of Texas
FILED

MAR 0 7 2002

Michael N. Milby
Clerk of Court

## PLAINTIFF'S MOTION TO WITHDRAW DISMISSAL

Plaintiff files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Armando R. Villalobos; Defendant is National Casualty Company.

2. On January 10, 2002, Plaintiff sued Defendant in State District Court in Cameron County, Texas.

3. Defendant has been served with process and has filed an answer and on or about February 19, 2002, filed an action to remove this cause.

4. On or about March 4, 2002, Plaintiff's counsel mailed a Notice of Dismissal, requesting that this Court dismiss this action based on a variety of considerations.

5. Plaintiff now seeks to withdraw this motion.

6. Plaintiff thus requests that this Court take no action to dismiss this action, but retain jurisdiction until further hearing of this matter.

Respectfully submitted,

Henley & Henley, P.C.

*[signature]*

Geoff J. Henley
State Bar No. 00798253
2205 N. Henderson Avenue
Dallas, Texas 75206-6002
214/821-0222 (Telephone)
214/821-0124 (Facsimile)

ATTORNEYS FOR PLAINTIFF
ARMANDO R. VILLALOBOS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered via certified mail return receipt requested to Defendant's counsel, BURT BARR & ASSOCIATES, L.L.P., Mr. M. Forest Nelson, 304 South Record Street, Dallas, Texas 75202-4793 in accordance with the Federal Rules of Procedure.

*[signature]*

GEOFF J. HENLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § | |
| | § | |
| VS. | § | CIVIL ACTION |
| | § | NO. B-02-033 |
| NATIONAL CASUALTY COMPANY | § | |

ORDER ON PLAINTIFF'S MOTION FOR REMAND

After considering Plaintiff Armando R. Villalobos Motion to Withdraw, the Court will NOT ORDER DISMISSAL but

SETS THIS MATTER FOR HEARING ON _____ AT _____ A.M./P.M.

SIGNED ON _____, 2002.

_____
**PRESIDING JUDGE**