M. Forest Nelson
State Bar No. 14904625
S.D.ID 5934
BURT BARR & ASSOCIATES, L.L.P.
304 South Record
Dallas, Texas 75202-4793
214/742-8001 (Telephone)
214/741-6744 (Telecopier)

United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

ATTORNEYS FOR NATIONAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § | CIVIL ACTION NO. B-02-33 |
| | § | |
| | § | DEFENDANT'S MOTION TO |
| VS. | § | STRIKE MOTION FOR REMAND |
| | § | |
| NATIONAL CASUALTY COMPANY | § | |

### DEFENDANT NATIONAL CASUALTY COMPANY'S MOTION TO STRIKE PLAINTIFFS' MOTION FOR REMAND

Defendant National Casualty Company (NCC) files this motion to strike plaintiff's motion to remand, and would show:

1.  Plaintiff did not comply with Local Rule 11.3.A(4), as the plaintiff's attorney-in-charge did not list his Southern District of Texas bar number

2.  Under Local Rule 11.4 a "paper that does not conform to the local or federal rules or that is otherwise objectionable may be struck on the motion of a party...." No exception is made in this case, and thus, striking plaintiff's motion for

LAW OFFICES OF
BURT BARR & ASSOCIATES, L.L.P.
304 S. RECORD
DALLAS, TEXAS 75202

DEFENDANT'S MOTION TO STRIKE
PLAINTIFFS' MOTION FOR REMAND - Page 1
F:\BB\40055.02\PLEADING\remand response.wpd

remand is warranted. See 28 U.S.C. 517; *Galindo v. United States IRS*, 1999 U.S. Dist. Lexis 136278 (S.D.Tex.1999) (exemption for attorney representing United States).

## CONCLUSION

For the reasons stated above, plaintiffs' motion for remand should be stricken.

WHEREFORE, defendant National Casualty Company respectfully requests that this Court:

A. Strike the plaintiffs' motion to remand; and

B. Grant such other and further relief as the Court may deem just and proper.

                Respectfully submitted,

By: *[signature]*
M. Forest Nelson
State Bar No. 14904625
S.D.ID 5934
Burt Barr & Associates, L.L.P.
304 South Record
Dallas, Texas 75202-4793
214/742-8001 (Telephone)
214/741-6744 (Telecopier)

ATTORNEYS FOR FEDERATED MUTUAL AGENCY OF TEXAS, INC. AND FEDERATED MUTUAL INSURANCE COMPANY

LAW OFFICES OF
BURT BARR & ASSOCIATES, L.L.P.
304 S. RECORD
DALLAS, TEXAS 75202

DEFENDANT'S MOTION TO STRIKE
PLAINTIFFS' MOTION FOR REMAND - Page 2
F:\BB\40055.02\PLEADING\remand response.wpd

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing defendants' motion to strike plaintiffs' motion for remand was served upon the below counsel of record pursuant to FRCP 5 through regular U.S. Mail on March 26, 2002:

Geoff J. Henley
2205 N. Henderson Ave.
Dallas, Texas 75206-6002

_M. Forest Nelson_ (signature)

M. Forest Nelson

LAW OFFICES OF
BURT BARR & ASSOCIATES, L.L.P.
304 S. RECORD
DALLAS, TEXAS 75202

DEFENDANT'S MOTION TO STRIKE
PLAINTIFFS' MOTION FOR REMAND - Page 3
F:\BB\40055 02\PLEADING\remand response.wpd