M. Forest Nelson
State Bar No. 14904625
S.D.ID 5934
BURT BARR & ASSOCIATES, L.L.P.
304 South Record
Dallas, Texas 75202-4793
214/742-8001 (Telephone)
214/741-6744 (Telecopier)

United States District Court
Southern District of Texas
FILED

APR 0 4 2002

Michael N. Milby
Clerk of Court

ATTORNEYS FOR NATIONAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § | CIVIL ACTION NO. B-02-33 |
| | § | |
| | § | |
| VS. | § | CERTIFICATE OF AFFILIATES |
| | § | |
| NATIONAL CASUALTY COMPANY | § | |

## CERTIFICATE OF AFFILIATED PARTIES

Pursuant to this Court's order, plaintiff, National Casualty Company (National) files this certificate of affiliates:

1. National is a member of the Nationwide Group of Insurance Companies, which includes:

   A. Nationwide Insurance Company;

   B. Scottsdale Insurance Company;

   C. Farmland Insurance Company; and

D.   Colonial County Mutual Insurance Company.

Respectfully submitted,

BURT BARR & ASSOCIATES, L.L.P.

By: _____
M. FOREST NELSON
State Bar No. 14904625
S.D. ID. 5934
304 South Record Street
Dallas, Texas 75202
(214) 742-8001
Telefax: (214) 741-6744

ATTORNEYS FOR NATIONAL CASUALTY COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing certificate of affiliates was served upon the below counsel of record pursuant to FRCP 5 through regular U.S. Mail on April 2, 2002:

Henley & Henley, P.C.
Geoff J. Henley
2205 N. Henderson Avenue
Dallas, Texas 75206-6002

_____
M. Forest Nelson