IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS, § | | |
| Plaintiff, § | | |
| § | CIVIL ACTION NO. B-02-033 | |
| VS. § | | |
| § | | |
| NATIONAL CASUALTY COMPANY, § | | |
| Defendant. § | | |

### ORDER

Pending before the Court is Defendant's National Casualty Company Motion to Strike Plaintiff's Motion to Remand (Docket No. 9). NCC complains that Villalobos did not comply with Local Rule 11.3.A(4), which requires Villalobos's attorney-in-charge to list his Southern District of Texas bar number. S.D. TEX. LOC. R. 11.3.A(4). Under Local Rule 11.4, a "paper that does not conform to the local or federal rules or that is otherwise objectionable may be struck on the motion of a party[.]" S.D. TEX. LOC. R. 11.3.A(4). The ordinary meaning of the word "may" suggests that the Court has discretion is striking a party's paper. While not necessarily a frivolous objection because compliance with the local rules is essential to the orderly course of proceedings, the Court is of the opinion that NCC's motion to strike should be DENIED

**IT IS ORDERED** that Defendant's Motion to Strike Plaintiff's Motion to Remand (Docket No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that Geoff J. Henley, plaintiff's counsel, conform with all the Local Rules, including Local Rule 11.3.A(4) which requires plaintiff's attorney-in-charge to list his Southern District of Texas bar number on all papers filed with the United States District Clerk's Office.

The parties are put on notice that further noncompliance with the local rules will not be tolerated.

DONE in Brownsville, Texas, on this 23rd day of April, 2002.

　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge