IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-033 |
| | § | |
| NATIONAL CASUALTY COMPANY, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 22, 2002, should be **ADOPTED**.

IT IS **ORDERED** that Plaintiff's Armando R. Villalobos's Motion to Remand (Docket No. 4) is **DENIED**.

DONE in Brownsville, Texas, on this ___ day of _____, 2002.

_____
Filemon B. Vela
United States District Judge