# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**ENTERED**

**JUN 0 6 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-033 |
| NATIONAL CASUALTY COMPANY | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**JUNE 13, 2002 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**JUNE 17, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 6, 2002

TO:     MR. GEOFF J. HENLEY
        MR. MICHAEL FOREST NELSON