United States District Court
Southern District of Texas
FILED

JUN 17 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-02-033 | DATE & TIME: 06-17-02 AT 2:00 P.M. |
| ARMANDO R. VILLALOBOS, ET AL. | PLAINTIFF(S) COUNSEL: GEOFF J. HENLEY |
| VS. | |
| NATIONAL CASUALTY COMPANY | DEFENDANT(S) COUNSEL: MICHAEL FOREST NELSON |

---

CSO: Tony Yanez
ERO: Linda Garcia

Attorneys Geoff Henley and Michael Forest Nelson appeared.

Parties to prepare an agreed order to stay this case until case pending in Dallas is determined. Periodic reports will be made. Counsel will file order by June 25, 2002.