/8

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-33 |
| NATIONAL CASUALTY COMPANY | § | 26(a) Initial Disclosures |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the may the disclosing party may use to support it claims or defenses, unless solely for the basis of impeachment, identifying the subjects of the information.

   Plaintiff Armando Robert Villalobos, who may be reached through counsel: Geoff J. Henley, HENLEY & HENLEY, P.C., Dallas, Texas 75206, (214) 821-0222 and Fax: (214) 821-0124. Mr. Villalobos may be reached by phone at (956) 571-2932 or at his place of business, GARCIA & VILLALOBOS, 974 E. Harrison, Brownsville, Texas 78520.

   Defendant, who may be reached through its counsel of record.

   Agents and employees of Carol Chapman Kondos, P.C., d/b/a KONDOS & KONDOS, who may be reached through her counsel of record William Cobb, COWLES & THOMPSON, P.C., 901 Main Street, Suite 4000, Dallas, Texas 75202.

   Bernard Guerrini, attorney for Plaintiff Lucy Smith, 6500 Greenville Avenue, Suite 320, Dallas, Texas 75206.

   M. Forest Nelson who rendered an opinion concerning coverage in this action and sent correspondence denying malpractice coverage to Plaintiff on two separate occasions.

B.  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Copies of Plaintiff's bills for attorney's fees to present for the purpose of defense and in pursuing the Declaratory Judgment Action. Receipts for expenses to defray all litigation costs. Plaintiff will provide all such information within 14 days of the Rule 26 Scheduling Conference.

C.  A computation of any category of damages of claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Copies of Plaintiff's bills for attorney's fees to present for the purpose of defense and in pursuing the Declaratory Judgment Action, which, at present, exceed $200,000.00 based on hourly billing and lodestar computation. Receipts documenting expenses paid by Plaintiff and Plaintiffs' counsel for all litigation. At present, these expenses are less than $10,000.00. Plaintiff will provide all such information within 14 days of the Rule 26 Scheduling Conference.

Plaintiff also suffered the losses of expert witness fees that would have been paid by Defendant National Casualty. Defendant National Casualty retained not less than seven such experts, paying them on average more than $5,000.00 for their testimony.

D.  Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

A copy of National Casualty Company's malpractice policy is in the possession of both parties. Plaintiff has no other relevant insuring agreement.

Respectfully submitted,
HENLEY & HENLEY, P.C.

_____
Geoff J. Henley,
Texas State Bar No.: 00797253
Southern District I.D. No.: Awaiting assignment
2205 N. Henderson Avenue
Dallas, Texas 75206

Attorneys for Plaintiff
ARMANDO R. VILLALOBOS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded by *hand-delivery* to all attorneys of record on this the 17th day of June, 2002.

_____
Geoff J. Henley