UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § | CIVIL ACTION NO. B-02-33 |
| | § | |
| VS. | § | |
| | § | |
| NATIONAL CASUALTY COMPANY | § | |

## ORDER

This case is administratively closed because of the pending appeal of a summary judgment in the state court action, in Dallas County, Texas.

IT IS ORDERED that the parties, by letter, shall submit quarterly reports to the Court on the appeal of the summary judgment in Cause No. 00-07529-B, in the 44th Judicial District Court of Dallas County, Texas.

SIGNED this the 27th of June, 2002.

John Wm Black
United States Magistrate Judge

26(f) JOINT REPORT - Page 1
F:\BB\40055.02\PLEADING\stay.ord.wpd