UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO R. VILLALOBOS | § | CIVIL ACTION NO. B-02-33 |
| | § | |
| | § | DEFENDANT'S STATUS |
| VS. | § | REPORT |
| | § | |
| NATIONAL CASUALTY COMPANY | § | |

### DEFENDANT NATIONAL CASUALTY COMPANY'S
### STATUS REPORT

Pursuant to the Court's order of June 27, 2002, defendant files this status report.

The state court entered a final summary judgment in National Casualty Company's favor on July 30, 2002. See the attached and incorporated, true and correct copy of that judgment. The plaintiff did not file a motion for new trial under TRCP 320, a request for findings of fact and conclusions of law under TRCP 296, a motion to reintstate under TRCP 165a, or a motion to modify the judgment under TRCP 329b.

The trial court lost its plenary jurisdiction to modify, alter or withdraw the final judgment within 30 days of July 30, 2002, under TRCP 329b(d). Plaintiff failed to file a notice of appeal within 30 days of the July 30, 2002 judgment signing, and thus, has failed to perfect an appeal of the final judgment, under TRAP 26.1.

LAW OFFICES OF
BURT BARR & ASSOCIATES, L.L.P.
304 S. RECORD
DALLAS, TEXAS 75202

DEFENDANT NATIONAL CASUALTY COMPANY'S STATUS REPORT - Page 1
F:\BB\40055 02\PLEADING\status rep.wpd

Respectfully submitted,

By: /s/ M. Forest Nelson

M. Forest Nelson
State Bar No. 14904625
S.D.ID 5934
Burt Barr & Associates, L.L.P.
304 South Record
Dallas, Texas 75202-4793
214/742-8001 (Telephone)
214/741-6744 (Telecopier)

ATTORNEYS FOR NATIONAL CASUALTY COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing defendants' response to plaintiffs' motion for remand was served upon the below counsel of record pursuant to FRCP 5 through regular U.S. Mail on September 19, 2002:

Geoff J. Henley
2205 N. Henderson Ave.
Dallas, Texas 75206-6002

/s/ M. Forest Nelson

M. Forest Nelson

LAW OFFICES OF
BURT BARR & ASSOCIATES, L.L.P.
304 S. RECORD
DALLAS, TEXAS 75202

DEFENDANT NATIONAL CASUALTY COMPANY'S STATUS REPORT - Page 2
F:\BB\40055 02\PLEADING\status.rep.wpd

CAUSE NO. 00-07529-B

| | | |
|---|---|---|
| LUCY SMITH AND<br>MICHAEL SMITH | ) <br> ) <br> ) | IN THE DISTRICT COURT |
| V. | ) <br> ) | |
| KONDOS & KONDOS, ET AL | ) <br> ) | OF DALLAS COUNTY, TEXAS |
| V. | ) <br> ) <br> ) | |
| NATIONAL CASUALTY COMPANY | ) | 44TH JUDICIAL DISTRICT |

## FINAL SUMMARY JUDGMENT

The Intervenor's motion for summary judgment having come on for consideration, the Court is of the opinion that it should be granted; it is, therefore,

ORDERED AND DECREED that the Intervenor's motion for summary judgment against defendant Armando Villalobos is granted, and it is also ORDERED that Defendant ARMANDO VILLALOBOS' Objection to Master's Report is OVERRULED.

IT IS FURTHER ORDERED AND DECREED that Intervenor National Casualty Company has, and had, no duty to defend or indemnify defendant Armando Villalobos for any claims arising out of his representation of the plaintiffs, Lucy Smith and Michael Smith.

All relief not specifically granted herein is denied.

SIGNED this _30_ day of _July_, 2002.

_____
M. Kent Sims, Judge Presiding

Former Judge ___3_1st___ Judicial District Court Sitting for Judge __101-a__
Judicial District Court Sitting for Judge __44th__ Judicial District
Court Dallas County, Texas.

ORDER ON FINAL SUMMARY JUDGMENT